### CLEVELAND (city) v PINE

Ohio Supreme Court

No 22623.   Decided April 29, 1931

Marshall, C.J., Jones, Matthias, Allen, Kinkade and Robinson, JJ., concur.

Full opinion will be published later. Watch **Omnibus Index.**

### CLEVELAND (city) v AMATO

Ohio Supreme Court

No 22595.   Decided April 29, 1931

Marshall, C.J., Jones, Day, Allen, Kinkade and Robinson, JJ., concur.

Full opinion will be published later. Watch **Omnibus Index.**

### STATE ex DIEHL v COLWELL

Ohio Supreme Court

No 22743.   Decided April 22, 1931

Marshall, C.J., Jones, Matthias, Day, Kinkade and Robinson, JJ, concur.

Full opinion will be published later. Watch **Omnibus Index.**